IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASAHI KASEI PHARMA CORPORATION,    No   C 10-0223 VRW

    Petitioner,    ORDER

    v

COTHERIX INC

    Respondent.
_____/

The above-captioned matter may be related to <u>Asahi Kasei Pharma Corporation v Actelion Ltd et al</u>, 09-0405 SI. Accordingly, pursuant to Civ LR 3-12(c), the matter is referred to Judge Illston to consider whether the cases should be related.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge