MORGAN, LEWIS & BOCKIUS LLP
FRANKLIN BROCKWAY GOWDY, State Bar No. 047918
BENJAMIN P. SMITH, State Bar No. 197551
CHRISTOPHER J. BANKS, State Bar No. 218779
TERA M. HEINTZ, State Bar No. 241414
ERIC K. IWASAKI, State Bar No. 256664
One Market, Spear Street Tower
San Francisco, California 94105-1126
Tel: 415.442.1000; Fax: 415.442.1001
Email:  fgowdy@morganlewis.com
        bpsmith@morganlewis.com
        cbanks@morganlewis.com
        theintz@morganlewis.com
        eiwasaki@morganlewis.com

Attorneys for Petitioner
ASAHI KASEI PHARMA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASAHI KASEI PHARMA CORPORATION, <br><br> Petitioner, <br><br> vs. <br><br> COTHERIX, INC., <br><br> Respondent. | Case No. C-10-00223 VRW <br><br> **STIPULATION TO EXTEND TIME FOR COTHERIX, INC. TO RESPOND TO THE PETITION** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21543506.1

STIPULATION TO EXTEND TIME FOR
COTHERIX, INC. TO RESPOND TO THE PETITION
USDC – N.D. of CA Case No. C-10-00223 VRW

1    Pursuant to Civil L.R. 6-1(a), Petitioner Asahi Kasei Pharma Corporation ("Asahi")
2    hereby stipulates as follows:
3    WHEREAS Petitioner served its Petition to Confirm Arbitration Award on January 19,
4    2010;
5    WHEREAS, Respondent currently has until February 9, 2010 to answer or respond to
6    Petitioner's Petition;
7    WHEREAS, Respondent has requested and Petitioner has consented to an additional 30
8    days for Respondent's answer or response to the Petition;
9    WHEREAS an additional 30 days for Respondent's answer or response to Petitioner's
10   Petition will not alter the date of any event or deadline already fixed by Court order;
11   NOW, THEREFORE, IT IS HEREBY STIPULATED by Asahi Kasei Pharma
12   Corporation through its counsel of record that Respondent CoTherix, Inc. shall answer or
13   otherwise respond to the Petition by March 9, 2010.

15   Dated: February 9, 2010                                    MORGAN, LEWIS & BOCKIUS LLP

17                                                              By_____/s/ *Benjamin P. Smith*_____
18                                                                         Benjamin P. Smith

19                                                              Attorneys for Petitioner
                                                                ASAHI KASEI PHARMA CORPORATION

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

DB2/21543506.1                              1                   STIPULATION TO EXTEND TIME FOR
                                                                COTHERIX, INC. TO RESPOND TO THE PETITION
                                                                USDC – N.D. of CA Case No. C-10-00223 VRW