MORGAN, LEWIS & BOCKIUS LLP
FRANKLIN BROCKWAY GOWDY, State Bar No 047918
BENJAMIN P. SMITH, State Bar No. 197551
CHRISTOPHER J. BANKS, State Bar No. 218779
TERA M. HEINTZ, State Bar No. 241414
One Market, Spear Street Tower
San Francisco, California 94105-1126
Tel: 415.442.1000; Fax: 415.442.1001
Email: fgowdy@morganlewis.com

Attorneys for Petitioner
ASAHI KASEI PHARMA CORPORATION

BAKER BOTTS L.L.P.
Michele A. Gustafson (SBN 235856)
620 Hansen Way
Palo Alto, CA 94304
Phone: (650) 739-7517, Fax: (650) 739-7617
Email: michele.gustafson@bakerbotts.com

BINGHAM MCCUTCHEN LLP
James B. Lewis (SBN 71669)
James G. Snell (SBN 173070)
Three Embarcadero Center
San Francisco, CA 94111-4607
Telephone: 415.393.2000, Facsimile: 415.393.2286
Email: james.lewis@bingham.com

Attorneys for Respondent
COTHERIX, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ASAHI KASEI PHARMA CORPORATION | Case No. C-10-00223 |
| Petitioner, | **JOINT NOTICE OF WITHDRAWAL OF AWARD FROM RECORD; OR ALTERNATIVELY (1) WITHDRAWAL OF PETITIONER ASAHI KASEI PHARMA CORPORATION'S OPPOSITION TO COTHERIX INC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL; AND (2) PARTIES' JOINDERS IN RESPECTIVE MOTIONS TO SEAL** |
| v. | |
| COTHERIX, INC. | |
| Respondent. | |

1   On January 15, 2010, Petitioner Asahi Kasei Pharma Corporation ("Asahi") filed its

2   Petition to Confirm Arbitration Award seeking to confirm an award entered against Respondent

3   CoTherix, Inc. ("CoTherix") in an arbitration proceeding conducted before the International

4   Court of Arbitration of the International Chamber of Commerce ("ICC").  *See* Docket No. 1.

5   CoTherix has now paid the principal amounts due under the Arbitration Award, and the parties

6   have reached an accord and satisfaction concerning interest and any enforcement expenses

7   payable.  Asahi's Petition has thus been rendered moot, and Asahi will soon be filing a voluntary

8   dismissal of the instant action.

9   Now that CoTherix's obligations related to the Arbitration Award have been satisfied,

10   Asahi and CoTherix agree that the Arbitration Award may be withdrawn from the record in this

11   case or, in the alternative, sealed in its entirety.

12   In this suit, Asahi originally submitted two versions of the Arbitration Award in support

13   of its Petition: (1) an unredacted version of the Arbitration Award; and (2) a redacted version that

14   redacted those portions of the Arbitration Award considered confidential by Asahi.  Asahi lodged

15   these versions, attached as Exhibits E and F to the Declaration of Benjamin P. Smith,

16   conditionally under seal under Civil L.R. 79-5.  Docket No. 2.  Asahi moved to file Exhibit E (the

17   unredacted version of the Arbitration Award) under seal, but proposed that Exhibit F (the

18   redacted version of the Arbitration Award redacting Asahi's confidential information) be

19   maintained in the public record.  *See* Docket No. 3

20   On January 22, 2010, CoTherix specially appeared and moved for an for an administrative

21   order pursuant to Civil Local Rules 7-11 and 79-5 to maintain both versions of the Arbitration

22   Award (Smith Declaration Exhibits E and F) entirely under seal pursuant to Civil L.R. 79-5(b).

23   Docket No. 8.  CoTherix also sought to place and maintain portions of two documents referencing

24   the Arbitration Award under seal pursuant to Civil L.R. 79-5(c).  *Id.*  On January 26, 2010, Asahi

25   submitted an opposition to CoTherix's motion to seal.  *See* Docket No. 13.  Now that this

26   enforcement action is no longer necessary, Asahi no longer opposes sealing the Arbitration

27   Award and the documents that reference it.

28

C-10-00223:  NOTICE OF WITHDRAWAL AWARD OR WITHDRAWAL OF OPPOSITION TO COTHERIX'S MOTION TO SEAL

1    Accordingly, Asahi now WITHDRAWS the Arbitration Award and asks the Court to

2   return Exhibits E and F to the Smith Declaration to Asahi in the manner described in Civil L.R.

3   79-5(e). Asahi further JOINS CoTherix in asking that the Court substitute redacted versions of

4   the Petition (Docket No. 1) and Exhibit 1 to the Iwasaki Declaration (Docket No. 4, Ex. 1) into

5   the public record, as requested in CoTherix's motion to seal. *See* Docket No. 8.

6    In the alternative, the Arbitration Award and references to it should be sealed.

7   Accordingly, Asahi also WITHDRAWS its opposition to CoTherix's motion to seal and JOINS

8   CoTherix in asking that the Court maintain both versions of the Award (Exhibits E and F to the

9   Smith Declaration) under seal pursuant to Civil L.R. 79-5(b) and that it substitute redacted

10   versions of the Petition (Docket No. 1) and Exhibit 1 to the Iwasaki Declaration (Docket No. 4,

11   Ex. 1) into the public record, as requested in CoTherix's motion to seal. *See* Docket No. 8.

12    Without waiving its request for more comprehensive sealing as requested in own

13   administration motion to seal, CoTherix likewise joins in Asahi's request to have the information

14   that it has asserted to be confidential sealed.

15   DATED:  February 17, 2010        MORGAN LEWIS & BOCKIUS, LLP

16

17                                    By: _____

18                                        Christopher J. Banks

19

20   DATED:  February 17, 2010        BAKER BOTTS L.L.P.

21

22                                    By: _____

23                                        Michele A. Gustafson

24

25

26

27

28

- 2 -