MORGAN, LEWIS & BOCKIUS LLP
FRANKLIN BROCKWAY GOWDY, State Bar No 047918
BENJAMIN P. SMITH, State Bar No. 197551
CHRISTOPHER J. BANKS, State Bar No. 218779
TERA M. HEINTZ, State Bar No. 241414
ERIC K. IWASAKI, State Bar No. 256664
One Market, Spear Street Tower
San Francisco, California 94105-1126
Tel: 415.442.1000; Fax: 415.442.1001
Email: fgowdy@morganlewis.com
       bpsmith@morganlewis.com
       cbanks@morganlewis.com
       theintz@morganlewis.com
       eiwasaki@morganlewis.com

Attorneys for Petitioner
ASAHI KASEI PHARMA CORPORATION

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
*3/16/2010*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ASAHI KASEI PHARMA CORPORATION | Case No. C-10-00223 VRW |
| Petitioner, | **PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| COTHERIX, INC. | |
| Respondent. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner Asahi Kasei Pharma Corporation respectfully submits this Notice of Voluntary Dismissal, hereby dismissing the above-captioned case with prejudice.

DATED: March 10, 2010                MORGAN LEWIS & BOCKIUS, LLP


By: _____/s/_____
    Benjamin P. Smith